6/22/2015 3:44 PM SCANNED

*IN THE 380TH JUDICIAL DISTRICT COURT*

*COLLIN COUNTY, TEXAS*

*BENJAMIN N. SMITH, JUDGE PRESIDING*

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
7/24/2015 3:38:53 PM
LISA MATZ
Clerk

**CAUSE NO. 380-81729-2014**

**STATE OF TEXAS**

**V.**

**ANGELA DAWN CLAMPITT**

### ORDER GRANTING DEFENDANT'S MOTION FOR NEW TRIAL

On the 15th day of June 2015, the Court heard Defendant Angela Dawn Clampitt's Motion for New Trial. Defendant Angela Dawn Clampitt appeared in person and through attorney Derek Walpole. The State appeared by and through Assistant District Attorney Lisa King. Each side presented arguments to the Court.

Having considered defendant's motion and the evidence in the light most favorable to the verdict, the Court finds that no rational trier of fact could have found the essential elements of the offense for which the defendant was convicted beyond a reasonable doubt.

The Court finds that Defendant Angela Dawn Clampitt is entitled to a new trial based on insufficient evidence. It is therefore ORDERED, ADJUDGED, and DECREED that the Judgment of Conviction by Jury dated 29 April 2015 is SET ASIDE and that Defendant Angela Dawn Clampitt is GRANTED a new trial based on insufficient evidence.

Having found the evidence insufficient as a matter of law, it is ORDERED, ADJUDGED, and DECREED that defendant Angela Dawn Clampitt

---

is NOT GUILTY, and that she be discharged immediately from any liabilities resulting from the judgment of conviction in this cause.

Signed this 22nd day of June, 2015.

/s/ BENJAMIN N. SMITH

Benjamin N. Smith
Presiding Judge